BEFORE THE FIRST DIVISION, AUGUST 27, 1943

**No. 48695.**—Protests 59155–K, etc., of Firestone Tire & Rubber Co. (Cleveland).

Opinion by COLE, J.   In accordance with stipulation of counsel that the Radium D in question is similar in all material respects to the commodity involved in *Firestone Tire & Rubber Co.* v. *United States* (10 Cust. Ct. 227, C. D. 759), the claim for free entry under paragraph 1749 (19 U. S. C. 1940 ed. § 1201, par. 1749) was sustained.

BEFORE THE SECOND DIVISION, AUGUST 27, 1943

**No. 48696.**—Protests 837602–G, etc., of Jordan Marsh Co. et al. (Boston, etc.),

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48697.**—Protests 25647–K, etc., of Gray & Co. et al. (San Francisco and Seattle).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, SEPTEMBER 1, 1943

**No. 48698.**—Protest 995368–G of Mandel Bead Import Corp. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the articles in question are similar to those involved in Abstract 47821 the claim at 45 percent under paragraph 1503 was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 1, 1943

**No. 48699.**—Protests 10971–K, etc., of Consolidated Hat Co. (New York).

Opinion by TILSON, J.   At the trial a witness testified on behalf of the plaintiff that certain items in question were the same in all material respects as those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained as to those items.